IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PATRICIA HURDIS,

    Plaintiff,                               JUDGMENT IN A CIVIL CASE

v.                                             Case No. 12-cv-601-wmc

CAROLYN W. COLVIN,
Commissioner of Social Security

    Defendant.

     This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered awarding plaintiff attorney fees in the amount of $8,417.85 under the Equal Access to Justice Act.

      s/V. Olmo, Deputy Clerk                            3/26/2015

      Peter Oppeneer, Clerk of Court                     Date